**BRICE J. CRAFTON, ESQ.**
Nevada Bar No: 10558
**COLTON JAMES WILSTEAD, ESQ.**
Nevada Bar No: 16024
**DEAVER | CRAFTON**
810 E. Charleston Blvd.
Las Vegas, Nevada 89104
P: 702.385.5959
F: 702.385.6939
*Attorneys for Plaintiff*

**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**ADAM L. GILL, ESQ.**
Nevada Bar No.: 11575
**ACE LAW GROUP**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468
filing@acelawgroup.com
*Co-Counsel for Plaintiff*

DEAVER | CRAFTON ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUPAMAT TONGSONGTHAM, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a Foreign Corporation; DOES 1-25, inclusive; and ROE CORPORATIONS 1-25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01144-JAD-MDC<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>ECF No. 31 |

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SUPAMAT TONGSONGTHAM, and her counsel of record from DEAVER CRAFTON, and Defendant KEY INSURANCE COMPANY and its counsel from THORNDAL ARMSTRONG, PC, that the above-entitled action shall be dismissed with prejudice. This matter has been resolved among the parties. Therefore, in the interest of justice, the parties have agreed that all claims shall be dismissed as to all named parties, and each party will be responsible for their own costs and fees associated with this case.

**IT IS HEREBY STIPULATED AND AGREED** that this matter be dismissed with prejudice and each party will be responsible for their own costs and fees associated with this case.

| | |
|---|---|
| DATED this 28th day of July, 2026.<br><br>**DEAVER CRAFTON**<br><br>*/s/Brice Crafton, Esq.*<br>**NATHAN DEAVER, ESQ.**<br>Nevada Bar No.: 11947<br>**BRICE CRAFTON, ESQ.**<br>Nevada Bar No.: 10558<br>**COLTON JAMES WILSTEAD, ESQ.**<br>Nevada Bar No.: 16024<br>**DEAVER CRAFTON**<br>810 E. Charleston Blvd.<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiff* | DATED this 28th day of July, 2026.<br><br>**THORNDAL ARMSTRONG, PC**<br><br>*/s/_Philip Goodhart, Esq.*<br>**PHILIP GOODHART, ESQ.**<br>Nevada Bar No.: 5332<br>**THORNDAL ARMSTRONG, PC**<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* |

**ORDER**

Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: July 29, 2026

DEAVER | CRAFTON
ATTORNEYS AT LAW